■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT FORD, Appellant.—Judgment unanimously modified on the law and as modified affirmed and matter remitted to Niagara County Court for further proceedings, in accordance with the following memorandum: Upon his plea to attempted sexual abuse in the first degree, defendant was sentenced as a predicate felon to an indeterminate term of imprisonment of 1½ to 3 years to run concurrently with the undischarged term of his previously imposed indeterminate sentence. The court was required to impose a sentence to run consecutively with respect to the undischarged sentence (Penal Law § 70.25 [2-a]). Since the court's original sentence was defective and invalid, the court had inherent power to correct its own error by resentencing the defendant to a consecutive term *(see, People v*

*Wright,* 56 NY2d 613; *People v Minaya,* 54 NY2d 360, 365, *cert denied* 455 US 1024; *cf., Matter of Campbell v Pesce,* 60 NY2d 165, 168-169). The court erred, however, in denying defendant's application to withdraw his plea; therefore, we remand defendant to Niagara County Court so that he may withdraw his guilty plea and stand trial or be resentenced in compliance with the law *(see, People v Price,* 140 AD2d 927). We have considered defendant's remaining claim that his plea was invalid and find that it is without merit. (Appeal from judgment of Niagara County Court, DiFlorio, J.—attempted sexual abuse, first degree.) Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.